IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| WAYNE BOYD AND WHITFIELD R. BOYD, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>SYSCO CORPORATION, SYSCO )<br>CORPORATION GROUP BENEFIT )<br>PLAN, AND UNITED BEHAVIORAL )<br>HEALTH, )<br> )<br>    Defendants. ) | **Case Number: 4:13-cv-00599-RBH** |

## CONSENT PROTECTIVE ORDER

The parties have agreed that this Consent Protective Order should be entered to protect the confidentiality of the Administrative Services Agreement between United Behavioral Health ("UBH") and Sysco Corporation, which this court has ordered be produced in its entirety. Defendants contend that the Agreement is proprietary and that public disclosure would impair the competitive commercial position of UBH. Plaintiffs and their counsel have not seen the document and take no position as to those issues, but consent to the procedure described herein.

Prior to production UBH shall mark the Agreement "Confidential." The Agreement shall not be disclosed by Plaintiffs' counsel to any person or entity unless it is directly related to and necessary for the prosecution of the Plaintiffs' case. As parties in this case, Plaintiffs may see the document and any filings referencing it, but are bound to keep them confidential. Counsel shall not file the Agreement with the court

unless it is either (1) filed under seal or (2) all terms related to pricing are completely redacted. Counsel shall not file pleadings or briefs with the Court that contain pricing information from Agreement unless they are filed under seal.

Because the Court accepts Defendants' position that the materials should be kept confidential, prior to filing the materials in question under seal, it shall not be necessary for the parties to file a "Motion to Seal" or to make any additional showing under Rule 5.03.

The parties may move for amendments or modifications of this Order upon a showing of good cause.

ORDERED this <u>18th</u> day of August, 2014.

<u>s/R. Bryan Harwell</u>

R. Bryan Harwell
United States District Judge